**RECEIVED**
IN LAFAYETTE, LA.

SEP 1 6 2009

TONY R. MOORE, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CR09 00222 L-0 |
| | * | 18 U.S.C. § 2422(b) |
| | * | 18 U.S.C. § 1470 |
| V. | * | |
| | * | |
| | * | JUDGE JUDGE |
| LARRY T. LANDT | * | MAGISTRATE JUDGE |

MILDRED E. METHVIN
United States Magistrate Judge

## INDICTMENT

**THE FEDERAL GRAND JURY CHARGES:**

### COUNT 1

### 18 U.S.C. § 2422(b)

### ATTEMPTING TO ENTICE A MINOR TO ENGAGE
### IN CRIMINAL SEXUAL ACTIVITY

On or about July 28, 2009, in the Western District of Louisiana, the defendant, LARRY T. LANDT, using a facility in interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense, in violation of Title 18 United States Code, Section 2422(b). [18 U.S.C. § 2422 (b)].

1

## COUNT 2

### 18 U.S.C. § 2422(b)

### ATTEMPTING TO ENTICE A MINOR TO ENGAGE
### IN CRIMINAL SEXUAL ACTIVITY

On or about July 29, 2009, in the Western District of Louisiana, the defendant, LARRY T. LANDT, using a facility in interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense, in violation of Title 18 United States Code, Section 2422(b). [18 U.S.C. § 2422 (b)].


## COUNT 3

### 18 U.S.C. § 2422(b)

### ATTEMPTING TO ENTICE A MINOR TO ENGAGE
### IN CRIMINAL SEXUAL ACTIVITY

On or about August 4, 2009, in the Western District of Louisiana, the defendant, LARRY T. LANDT, using a facility in interstate commerce, did knowingly attempt to persuade, induce, entice, or coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense, in violation of Title 18 United States Code, Section 2422(b). [18 U.S.C. § 2422 (b)].

## COUNT 4

### 18 U.S.C. § 1470

### ATTEMPTING TO TRANSPORT
### OBSCENE MATERIAL TO A MINOR

On or about August 10, 2009, in the Western District of Louisiana, the defendant,

LARRY T. LANDT, did knowingly use a facility in interstate commerce to attempt to transfer

an obscene, lewd, lascivious, and filthy image to a minor who had not attained the age of

sixteen (16), in violation of Title 18 United States Code, Section 1470. [18 U.S.C. § 1470].

A TRUE BILL:

REDACTED        ‾‾‾‾‾‾‾‾
                D JURY

DONALD W. WASHINGTON
United States Attorney

BY: _____

JOHN LUKE WALKER (18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette LA 70501-6832
Telephone: (337) 262-6618

3